In the Matter of ROSEMARIE PANIO, as Chairperson of the Westchester County Republican Committee, Respondent-Appellant, v CAROLEE SUNDERLAND et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents, NICHOLAS SPANO, Respondent-Appellant, and ANDREA STEWART-COUSINS, Appellant-Respondent. (And Another Proceeding.)

Submitted January 31, 2005; decided February 2, 2005

Motion by Douglas A. Kellner, Weyman A. Carey, Terrence C. O'Connor, Nero Graham, Jr. and Mark B. Herman for leave to file a brief amici curiae on the appeal herein denied.